1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Richard Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

GENE PALMER,

      Plaintiff,

  v.

TIENNEY MILNOR, HER HUSBAND
AND THEIR MARITAL
COMMUNITY, MELANIE
TRATNIK, HER HUSBAND AND
THEIR MARITAL COMMUNITY,
STATE OF WASHINGTON, OFFICE
OF ATTORNEY GENERAL,
DEPARTMENT OF LABOR AND
INDUSTRIES, LABORERS'
INTERNATIONAL UNION OF
NORTH AMERICA LOCAL 292,
AND DISTRICT COUNCIL OF
LABORERS WASHINGTON AND
NORTHERN IDAHO,

      Defendants.

NO.  2:19-cv-00961-RAJ

EMERGENCY MOTION FOR
ORDER PROHIBITING CONTACT
AND THREATENING CONDUCT

NOTE ON MOTION CALENDAR:

**JULY 1, 2021**

**ORAL ARGUMENT REQUESTED**

      Defendants Francis Leaman, Tienney Milnor, Melanie Tratnik, Washington State Office

of the Attorney General, and Washington State Department of Labor and Industries (hereafter

"State Defendants"), by and through their attorney, Gauri Shrotriya Locker, Assistant Attorney

General, hereby file this Motion to request that the Court direct the plaintiff, Gene Palmer, to limit

EMERGENCY MOTION FOR ORDER
PROHIBITING CONTACT AND
THREATENING CONDUCT
NO.  2:19-cv-00961-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1  communications to the undersigned counsel, to immediately cease contact with individually-

2  named defendants, and to immediately cease the threatening conduct outlined below.

3        At the very onset of this case, defense counsel told Mr. Palmer to direct any

4  communications related to the above-referenced defendants to her, given that she had appeared

5  and represented them.  *See* Subjoined Declaration of Gauri Locker, ¶ 2.

6        However, on June 30, 2021, Mr. Palmer contacted Defendant Francis Leaman directly,

7  and advised that, *inter alia:* (1) he was related to a federal judge who ordered that Defendants pay

8  him the funds demanded in Palmer's Complaint filed in this case; (2) that he intended to "beat

9  up" Defendant Assistant Attorney General Tienney Milnor; (3) that he had family that worked in

10  the federal court system who was assisting him with looking up addresses and contact info for

11  individually-named defendants; (4) that he has served prison time for murder; (5) that he intended

12  to "beat up" and kill Seattle Mayor Jenny Durkan's wife; and (6) that he was "coming for"

13  Defendant Leaman and that Defendant Leaman should be scared.  *Id*. at ¶ 3.

14        It is frankly unknown whether Mr. Palmer will actually engage in dangerous, even life-

15  threatening behavior but, in any event, his outrageous conduct cannot be tolerated. Not only is it

16  inappropriate for Mr. Palmer to be contacting represented parties but, it is even more inappropriate

17  for him to harass and threaten them. Intimidating and threatening tactics simply have no place in

18  litigation.

19        Although defense counsel and State Defendants are pursuing appropriate action through

20  other avenues, and have notified Mayor Durkan's office about the threat, State Defendants hereby

21  request that the Court directly and specifically order Mr. Palmer to immediately cease all contact

22  of all types with the individually-named defendants, whether directly, indirectly or through others,

23  including but not limited to telephone, email, and other electronic means. The Court should

24  further order that Mr. Palmer may not cause, attempt, or threaten to cause bodily injury to,

25  assault, harass, stalk, or keep under surveillance the named defendants, nor to knowingly enter,

26  remain, or come within their residences or workplaces.

EMERGENCY MOTION FOR ORDER
PROHIBITING CONTACT AND
THREATENING CONDUCT
NO.  2:19-cv-00961-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1    To the extent that Mr. Palmer has a legitimate need to interact with the individually-named

2    defendants, he should be required to do so through the undersigned counsel, and in no other

3    manner.  *See, e.g.*, RPC 4.2 (prohibiting direct contact with represented parties).  Mr. Palmer

4    should be further advised that any effort to contact the named defendants in any way other than

5    through the undersigned counsel will be grounds for contempt of court, and may subject him to

6    arrest and confinement.

7

8    DATED this 1st day of July, 2021

9

10                                           ROBERT W. FERGUSON
                                             Attorney General

11                                           _____*s/Gauri Shrotriya Locker*_____
                                             GAURI SHROTRIYA LOCKER, WSBA No. 39022
12                                           Assistant Attorney General
                                             Office of the Attorney General
13                                           800 Fifth Avenue Ste 2000
                                             Seattle, WA  98104
14                                           gauri.locker@atg.wa.gov

15

16

17                      **SUBJOINED DECLARATION OF GAURI SHROTRIYA LOCKER**

18    I, Gauri Shrotriya Locker, declare and state as follows:

19        1.    I am an adult, am competent to testify, I am the Assistant Attorney General

20    representing defendants Francis Leaman, Tienney Milnor, Melanie Tratnik, the State of

21    Washington Office of the Attorney General, and the State of Washington Department of Labor and

22    Industries ("State Defendants") in this matter, and have personal knowledge of the facts contained

23    in this declaration.

24        2.    Early on in this case, during one of my initial telephone calls with Mr. Palmer, I told

25

26    Mr. Palmer to direct any communications related to defendants that I represented to me.

3.      My client, Defendant Francis Leaman, advised me that yesterday, June 30, 2021, Mr. Palmer contacted him directly at work, and advised that, *inter alia:* (1) he was related to a federal judge who ordered that the defendants in this lawsuit pay him the funds he claims to be owed in our lawsuit; (2) that he intended to "beat up" Defendant Assistant Attorney General Tienney Milnor; (3) that he had family that worked in the federal court system who was assisting him with looking up addresses and contact info for individually-named defendants; (4) that he has served prison time for murder; (5) that he intended to "beat up" and kill Seattle Mayor Jenny Durkan's wife; and (6) that he was "coming for" Mr. Leaman and that he should be scared.

4.      The threats outlined above are also being handled separately.  Law enforcement has been notified, as well as Mayor Durkan's office.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing subjoined declaration is true and correct.

Dated this 1st day of July, 2021 at Shoreline, Washington.

    *s/Gauri Shrotriya Locker*
GAURI SHROTRIYA LOCKER, WSBA No. 39022
Assistant Attorney General
Office of the Attorney General
800 Fifth Avenue Ste 2000
Seattle, WA  98104
gauri.locker@atg.wa.gov

EMERGENCY MOTION FOR ORDER
PROHIBITING CONTACT AND
THREATENING CONDUCT
NO.  2:19-cv-00961-RAJ

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I caused a copy of this document to be served on all parties or their

3 counsel of record on 1st day of July 2021 as follows:

4
          Noel McMurtray                    ☒ E-Mail (CM/ECF)
5          PO Box 3324
          Bellevue, WA  98009
6          206-419-3873
          Email: NMcMurtray@outlook.com
7          Attorney for Defendant Washington and Northern Idaho District Council of Laborers

8

9          Katherine H. Bosch
          Kelsey O'Neal
10         Snohomish County Prosecuting Attorney
          Civil Division
11         3000 Rockefeller Avenue
          Everett, WA 98201-4046
12         katherine.bosch@co.snohmoish.wa.us
          koneal@snoco.org
13         Attorneys for Defendant Snohomish County

14

15         Gene Palmer                      ☒ United States Mail Postage Pre-paid
          101 S. Pearl Street #103
16         Ellensburg, WA 98926
          206-335-7337
17

18

19         ROBERT W. FERGUSON
          Attorney General
20

21         /s/ Gauri S. Locker
          GAURI S. LOCKER, WSBA No. 39022
22         Assistant Attorney General
          Office of the Attorney General – Torts Division
23         800 Fifth Avenue, Suite 2000
          Seattle, WA 98104-3188
24         Telephone:  (206) 464-7352
          gauri.locker@atg.wa.gov
25

26