1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Richard Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

GENE PALMER,

    Plaintiff,

v.

TIENNEY MILNOR, HER HUSBAND AND THEIR MARITAL COMMUNITY, MELANIE TRATNIK, HER HUSBAND AND THEIR MARITAL COMMUNITY, STATE OF WASHINGTON, OFFICE OF ATTORNEY GENERAL, DEPARTMENT OF LABOR AND INDUSTRIES, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 292, AND DISTRICT COUNCIL OF LABORERS WASHINGTON AND NORTHERN IDAHO,

    Defendants.

NO.  2:19-cv-00961-RAJ

ORDER GRANTING STATE DEFENDANTS' EMERGENCY MOTION FOR ORDER PROHIBITING CONTACT AND THREATENING CONDUCT

    THIS MATTER having come before the Court on the State Defendant's Emergency Motion For Order Prohibiting Contact and Threatening Conduct, and the Court having reviewed

ORDER GRANTING STATE
DEFENDANTS' EMERGENCY
MOTION FOR ORDER PROHIBITING
CONTACT AND THREATENING
CONDUCT
NO.  2:19-cv-00961-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1. State Defendants' motion along with the Subjoined Declaration of Gauri S. Locker filed in support thereof,

2. _____

3. _____;

and proper notice having been given; the Court having examined the pleadings filed in this matter and having considered the motion, any responses and replies thereto, as well as argument of the parties, if any;

IT IS HEREBY ORDERED that the State Defendant's Emergency Motion for Order Prohibiting Contact and Threatening Conduct is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's is ordered to immediately cease all contact of all types with the individually-named defendants, whether directly, indirectly or through others, including but not limited to telephone, email, and other electronic means. It is further order that Mr. Palmer may not cause, attempt, or threaten to cause bodily injury to, assault, harass, stalk, or keep under surveillance the named defendants, nor to knowingly enter, remain, or come within their residences or workplaces.

Should Mr. Palmer have a legitimate need to interact with the individually-named defendants, he is ordered to do so through the undersigned counsel, and in no other manner. Additionally, Mr. Palmer is advised that any effort to contact the named defendants in any way other than through the undersigned counsel will be grounds for contempt of court, and may subject him to arrest and confinement.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
The Honorable Richard Jones
United States District Judge

ORDER GRANTING STATE DEFENDANTS' EMERGENCY MOTION FOR ORDER PROHIBITING CONTACT AND THREATENING CONDUCT
NO. 2:19-cv-00961-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this document to be served on all parties or their counsel of record on 1st day of July 2021 as follows:

Noel McMurtray  ☒ E-Mail (CM/ECF)
PO Box 3324
Bellevue, WA  98009
206-419-3873
Email: NMcMurtray@outlook.com
Attorney for Defendant Washington and Northern Idaho District Council of Laborers

Katherine H. Bosch
Kelsey O'Neal
Snohomish County Prosecuting Attorney
Civil Division
3000 Rockefeller Avenue
Everett, WA 98201-4046
katherine.bosch@co.snohmoish.wa.us
koneal@snoco.org
Attorneys for Defendant Snohomish County

Gene Palmer  ☒ United States Mail Postage Pre-paid
101 S. Pearl Street #103
Ellensburg, WA 98926
206-335-7337

ROBERT W. FERGUSON
Attorney General

/s/ Gauri S. Locker
GAURI S. LOCKER, WSBA No. 39022
Assistant Attorney General
Office of the Attorney General – Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone:  (206) 464-7352
gauri.locker@atg.wa.gov

ORDER GRANTING STATE DEFENDANTS' EMERGENCY MOTION FOR ORDER PROHIBITING CONTACT AND THREATENING CONDUCT
NO.  2:19-cv-00961-RAJ

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352